**Alicia AGUILAR, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–73058.

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted June 15, 2011.*

Filed June 29, 2011.

Todd Becraft, Law Office of Todd Becraft, Los Angeles, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Kathryn McKinney, U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

### MEMORANDUM **

Alicia Aguilar, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals ("BIA") order denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Mohammed v. Gonzales,* 400 F.3d 785, 791 (9th Cir.2005), and we deny the petition for review.

In her opening brief, Aguilar fails to address, and therefore has waived any challenge to, the BIA's determination that her motion to reopen was untimely. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues that are not specifically raised and argued in a party's opening brief are waived); *see also* 8 C.F.R. § 1003.43(e)(1)–(2) (motions to reopen to apply for relief under the Nicaraguan Adjustment and Central American Relief Act, Pub.L. No. 105–100, 111 Stat.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

2160, 2193 (1997), must be filed by September 11, 1998).

### PETITION FOR REVIEW DENIED.